```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683005675
Cashier ID: lbreeden
Transaction Date: 10/19/2009
Payer Name: DAVID R SIMONSEN JR
------------------------------------
CIVIL FILING FEE
 For: DAVID R SIMONSEN JR
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 6987
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

#3:09-CV-663
```