**DAVID R. SIMONSEN, JR.**
*ATTORNEY AT LAW*

8003 FRANKLIN FARMS DRIVE • SUITE 131
RICHMOND, VIRGINIA 23229-5107

PHONE: (804) 285-1337    FAX: (804) 285-1350
E-MAIL: DSIMONSENJ@AOL.COM

October 19, 2009

**RECEIVED OCT 19 2009 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

By Hand Delivery

Fernando Galindo, Clerk
CIVIL DIVISION
United States District Court
Suite 3000
701 East Broad Street
Richmond, Virginia 23219

3:09cv663

      Linda R. Tyree and Jennifer D. Marshall v.
          <u>United States of America et al.</u>

Dear Mr. Galindo:

    Enclosed for filing is Plaintiffs' Complaint and Cover Sheet.

    Also enclosed is our check in payment of the filing fee, service copies of the Complaint, an extra copy of the Complaint to be stamped and returned, and the Summons forms.

    Please return a stamped copy of the Complaint, the service copies of the Complaint, and the completed Summons forms to us in the enclosed preaddressed, stamped envelope.

    Thank you for your assistance with this matter.

    If you have any questions or concerns, please call me.

Sincerely,

*/s/ David R. Simonsen, Jr.*
David R. Simonsen, Jr.

DRS,JR: ks

Enclosures